THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>AL M TALAGA,<br><br>  Defendant. | No. CR20-163JLR<br><br>ORDER GRANTING UNOPPOSED MOTION TO PROCEED WITH GUILTY PLEA HEARING BY VIDEO CONFERENCING |

THE COURT has considered the unopposed motion to proceed with guilty plea hearing by video conferencing and the files and records herein. The Court finds that delays in the ultimate disposition of this case would result in serious harm to the interest of justice

Therefore, the Court GRANTS the motion and orders the video-conferenced plea hearing shall take place on April 30, 2021, at 11:00 a.m.

DONE this 26th day of April, 2021.

_____
JAMES L. ROBART
U.S. DISTRICT JUDGE

Presented by:

s/ *Mohammad Ali Hamoudi*
Assistant Federal Public Defender
Attorney for Al M Talaga

ORDER GRANTING UNOPPOSED
MOTION TO PROCEED
WITH GUILTY PLEA HEARING
BY TELECONFERENCING
(*Al M Talaga*; CR20-163JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100