UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AL M. TALAGA,<br><br>Defendant. | NO. CR20-163-JLR<br><br>[PROPOSED]<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

> One Glock Model 22 .40 caliber pistol, bearing serial number BCKX120, and any associated ammunition, seized from the Defendant's vehicle on June 4, 2020.

The Court, having reviewed the United States' Motion, as well as the other pleadings papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On August 9, 2021, the Court entered a Preliminary Order of Forfeiture finding the above-identified firearm and any associated ammunition forfeitable pursuant to 18 U.S.C. § 924(d)(1), by way of 28 U.S.C. § 2461(c), and forfeiting the Defendant's interest in them (Dkt. No. 56);

Final Order of Forfeiture - 1
*United States v. Al M. Talaga*, CR20-163-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 61) and provided direct notice to a potential claimant as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Declaration of AUSA Michelle Jensen in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, Ex. A); and,

- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified firearm and any associated ammunition exists in any party other than the United States;

2. The firearm and associated ammunition are fully and finally condemned and forfeited, in their entirety, to the United States; and,

3. The United States Department of Justice, the Bureau of Alcohol, Tobacco, Firearms and Explosives, and/or their representatives, are authorized to dispose of the firearms and associated ammunition as permitted by governing law.

IT IS SO ORDERED.

DATED this 5th day of November, 2021.

THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture - 2
*United States v. Al M. Talaga*, CR20-163-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

_s/ Michelle Jensen_
MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2619
Michelle.Jensen@usdoj.gov

Final Order of Forfeiture - 3
United States v. Al M. Talaga, CR20-163-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970